UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ARTHUR RENOWITZKY,<br>aka CARL A.R. HITLER,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 19-cv-06117-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

After plaintiff filed a complaint on September 26, 2019, the Clerk sent him a notice the same day directing him to pay the filing fee or file an application to proceed *in forma pauperis*. Plaintiff has not complied with the Clerk's Notice. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion must contain (i) a complaint on this Court's form; and (ii) a complete application to proceed *in forma pauperis* (or full payment for the $400.00 filing fee).

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

Dated: November 20, 2019



WILLIAM H. ORRICK
United States District Judge